CAUSE #1318785-A

LESLIE KENNETH HOLTE II

VS

STATE OF TEXAS

83,362-01

IN THE 263RD DISTRICT COURT OF
HARRIS COUNTY TEXAS

## APPLICATION FOR WRIT OF MANDAMUS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 26 2015
Abel Acosta, Clerk

TO THE HONORABLE COURT:

COMES NOW, LESLIE KENNETH HOLTE II, APPLICANT HEREIN, SEEKING THIS COURT'S ASSISTANCE IN HAVING THE COURT ORDER THE FOLLOWING:

1) FOR THE 263RD DISTRICT COURT OF HARRIS COUNTY TX. TO FIND ATTORNEY TERRENCE GAISER IN CONTEMPT OF THE OCTOBER 17, 2014 COURT ORDER BECAUSE HE HAD 30 DAYS TO FILE HIS AFFADAVIT IN RESPONSE TO MY 11.07 ISSUES AND HE FAILED TO COMPLY... AND/OR

2) FOR THE COURT TO ORDER HARRIS COUNTY TO ACKNOWLEDGE APPLICANT'S HABEAS CORPUS ISSUES AGAINST TERRENCE GAISER, RECOMMEND REQUESTED RELIEF, AND FORWARD APPLICANTS HABEAS TO THIS COURT FOR RELIEF AS ENTITLED...

## RELIEF REQUESTED IN HABEAS

WAS THAT APPLICANT HAS NEVER BEEN PROVIDED A COPY OF ANY APPEAL BRIEF FILED BY TERRENCE GAISER, HE WAS NEVER PROVIDED TIMELY NOTICE OF DENIAL OF HIS APPEAL, AND HE NEEDS TO BE PROVIDED WITH COPIES OF ALL APPEAL BRIEF FILINGS, AN ORDER TO BE GRANTED RIGHT TO 60 DAYS TO FILE P.D.R. FROM DATE OF HIM BEING PROVIDED SUCH DOCUMENTS. SO MOVED AND PRAYED..

# CERTIFICATE OF SERVICE

ON THIS <u>18TH</u> DAY OF <u>MAY</u> 2015 I, LESLIE KENNETH HOLTE II
VERIFY THAT I HAVE SENT THE ORIGINAL COPY OF THIS APPLICATION
FOR WRIT OF MANDAMUS TO THE TEXAS COURT OF CRIMINAL APPEALS
CLERK <u>ABEL ACOSTA     P.O.BOX  12308     AUSTIN  TX 78711-2308</u>
BY PLACING THE SAME IN THE JORDAN UNIT OFFENDER MAILBOX
FIRST CLASS POSTAGE PREPAID....

_____

_____

_____